# AFFIDAVIT OF SERVICE

| Case: 24-cv-1481 | Court: UNITED STATES DISTRICT COURT for the Eastern District of Wisconsin | Court Date: | County: Eastern District of Wisconsin | Job (Client no.): 12195065 |
|---|---|---|---|---|
| **Plaintiff / Petitioner:** PERCY PERRY | | | **Defendant / Respondent:** MILWAUKEE PUBLIC SCHOOLS | |
| **Received by:** Paper Boy Process Service, Inc | | | **For:** Professional Investigations & Process Service | |
| **To be served upon:** MILWAUKEE PUBLIC SCHOOLS | | | | |

I, Anthony DiBrito, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Chele Kirsch, MILWAUKEE PUBLIC SCHOOLS: 5225 WEST VLIET STREET, MILWAUKEE, WI 53208

**Manner of Service:** Government Agency, Nov 19, 2024, 1:45 pm CST

**Documents:** Summons in a Civil Action, Complaint, Civil Cover Sheet, Right to Sue Letter, Plaintiff's Consent to Magistrate Judge, Blank consent form

**Additional Comments:**
1) Successful Attempt: Nov 19, 2024, 1:45 pm CST at MILWAUKEE PUBLIC SCHOOLS: 5225 WEST VLIET STREET, MILWAUKEE, WI 53208 received by Chele Kirsch. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'6"; Hair: Brown; Relationship: Admin Asst to the Superintendent

_____
Anthony DiBrito

Paper Boy Process Service, Inc
PO BOX 18
Elm Grove, WI 53122
414-839-9306

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Date: 11/20/24        Commission Expires: 4/3/28

[Notary seal: SAM PROEGLER, NOTARY PUBLIC, STATE OF WISCONSIN]